To The Court of Criminal Appeals of Texas          PD-0713-15

My name is Cory Martin Colvin. MY petiton for discretionary review was refused on 8/26/2015. MY COA No. 06-14-00163-CR          PD-0713-15

I'm not sure if what I'm asking can be done. But it's worth asking.

I respecfully request The Court of Criminal Appeals of Texas to reconsider my request for discretionary review.

I do not know the process of how you chose or refuse. But I pray my plea is granted. If it is the nature of the crime that has caused the refusal. I pray you look beyond that and grant my plea to reconsider my petiton for discretionary review.

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

Respectfully
          Yours
Cory Colvin